John W. Marshall, d. b. a., *vs.* Theodore Reed, p. b. r.

*Appeal—Justice of the Peace—Sufficiency of Certificate—Docket Entries.*

> The certificate of the Justice was as follows : "I do hereby certify that the above is a full and true copy of all the entries of record in the above case of *Theodore Reed vs. John Marshall*," etc. *Held* to be sufficient.

(*October 11, 1905.*)

Lore, C. J., and Grubb and Pennewill, J. J., sitting.

*John M. Richardson* for appellant.

*Robert C. White* for respondent.

Superior Court, Sussex County, April Term, 1905.

Appeal from a judgment of a Justice of the Peace in and for Sussex County (No. 65, October Term, 1905).

The certificate of the Justice was as follows :

"I do hereby certify that the above is a full and true copy of all the entries of record in the above case of *Theodore Reed vs. John Marshall*," etc.

*White*, for respondent, moved to dismiss the appeal on the ground that the above certificate was defective, in that it did not state that the transcript contained a true copy of all the docket entries in the case, as required by statute, and according to the decisions of the Court in such cases.

Lore, C. J.:—The language of our statute is, that the Justice shall "deliver a duly certified transcript of all the docket entries in the case."

*Mr. Richardson* :—This certificate says " a full and true copy of all the entries of record in the above case of *Theodore Reed vs. John Marshall.*" I hold that that is a compliance with the statutory requirements.

PENNEWILL, J. :—Would not all the entries of record, Mr. White, be even broader than " all the docket entries"—would not the greater include the less ?

*Mr. White :—*" The docket entries " also includes all the entries ; yet the Court decided in an appeal case at this term that those words were not sufficient in the certificate and dismissed the appeal on that ground.

LORE, C. J. :—The Court thinks that the certificate is sufficient.

The application to dismiss the appeal is refused.